# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MACHELLE HILL,            ) | Case No.: 5:18-cv-00803-SLP |
|       Plaintiffs,    ) | |
|             ) | |
|     v.           ) | *ELECTRONICALLY FILED* |

MACHELLE HILL,                          )

       Plaintiffs,                      )   Case No.: 5:18-cv-00803-SLP

              )

    v.                                          )   *ELECTRONICALLY FILED*

              )

              )

USAA SAVINGS BANK,                  )

              )

       Defendant.                       )

              )

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Machelle Hill ("Plaintiff"), and Defendant USAA Federal Savings Bank, ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

JOINTLY SUBMITTED BY:

| | |
|---|---|
| */s/ David M. Krueger (with permission)* | */s/ Jeremy E. Branch* |
| David M. Krueger | Jeremy E. Branch |
| BENESCH, FRIEDLANDER, | The Law Offices of Jeffrey Lohman, P.C. |
| COPLAN & ARONOFF LLP | 4740 Green River Road, Suite 310 |
| 200 Public Square, Suite 2300 | Corona, CA 92880 |
| Cleveland, Ohio 44114 | T: 866-329-9217 ext. 1009 |
| Tel: (216) 363-4500 | F: 657-246-1312 |
| dkreuger@beneschlaw.com | E: JeremyB@jlohman.com |
| *COUNSEL FOR DEFENDANT* | *COUNSEL FOR PLAINTIFF* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of January 2020, I electronically filed the foregoing Stipulation of Dismissal using the CM/ECF System, which will notify all registered parties.

David M. Krueger
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Tel: 216.363.4500
Fax: 216.363.4588
Email: dkrueger@beneschlaw.com

Nora Katherine Cook
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Tel: 216.363.4500
Fax: 216.363.4588
Email: ncook@beneschlaw.com

Christopher M Scaperlanda
McAfee & Taft-OKC
211 N Robinson Ave, 10th Fl
Oklahoma City, OK 73102
Tel: 405-552-2356
Fax: 405-228-7356
Email: christopher.scaperlanda@mcafeetaft.com

Samuel J Merchant
McAfee & Taft-OKC
211 N Robinson Ave, 10th Fl
Oklahoma City, OK 73102
Tel: 405-235-9621
Fax: 405-270-7227
Email: sam.merchant@mcafeetaft.com

By: */s/ Jeremy E. Branch*
Jeremy E. Branch
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA 92880
T: 866-329-9217 ext. 1009
F: 657-246-1312
E: JeremyB@jlohman.com

*COUNSEL FOR PLAINTIFF*